UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRASER M. ROTCHFORD,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

CASE NO. 2:21-cv-00057-RJB-JRC

REPORT AND RECOMMENDATION

NOTED FOR:  May 28, 2021

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura.  The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.  Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

Petitioner initiated this matter in January 2021 but failed to either pay the filing fee or apply to proceed *in forma pauperis* ("IFP").  The Court directed petitioner to file an IFP application or pay the filing fee on or before March 26, 2021.  Dkt. 4.  Petitioner responded by filing an incomplete application that did not include his prison trust account statement.  Dkt. 5.

1    On April 1, 2021, the Court directed petitioner to correct his application or pay the filing fee on

2    or before April 30, 2021.  The Court specifically warned petitioner that if he failed to submit a

3    complete IFP application (or pay the filing fee) by the deadline, the Court would recommend that

4    the action be dismissed without prejudice.  Dkt. 6, at 2.  Nonetheless, petitioner has not corrected

5    his IFP application, paid the filing fee, or indeed taken any other action since the Court entered

6    the April 1, 2021, order.

7        Therefore, the Court recommends dismissal of this matter without prejudice for failure to

8    comply with a Court order and to prosecute.  No certificate of appealability should issue.

9        Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have

10    fourteen (14) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P.

11    6.  Failure to file objections will result in a waiver of those objections for purposes of *de novo*

12    review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver

13    of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*

14    *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit

15    imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on May,

16    28, 2021, as noted in the caption.

17        Dated this 13th day of May, 2021.

18

19

20                    J. Richard Creatura
                      Chief United States Magistrate Judge

21

22

23

24